RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

RETURN TO:_____TDCJ#_____HOUSING_____
___Offender trust fund active/restricted. Purchase supplies from commissary
___Allowed (5) personal letters/$2.45 per month and (5) legal items per week
___Did not demonstrate need for additional supplies/postage
___Pen/carbon exchange required/did not demonstrate need for carbon
___Did not submit request/incomplete request
_X_Mail letter(s), ___personal, _/_ legal to receive more supplies. Last issuance date: _050815_
___Pink slip required for offenders with active acct/no ID card
___Personal supplies issued once per month/legal supplies issued once per week
___Use indigent supply envelope for requesting supplies/postage
___Provide proof of purchase for envelopes/paper not issued thru indigent supply
___Non indigent offenders may receive supplies after 7 consecutive days lockdown
___Contraband-not allowed for mailing thru indigent program

Roland Salazar Tr.Ct.No. 1118235-B
& Tr.Ct.No. 1118235-C

Comes now Salazar, who...without the
Constitional Right to an attorney...files
this appeal by himself and pleads
to the Courts of APPEAL of Texas to
see that the APPLICANT who swears
under oath that he is innocent in
this Case.... Showed the Courts, in
Houston that he has no attorney in
which to properly present this Case.
that he has newly discovered evidence
brought up in the appeals Court
of Houston Salazar-vs-The State
NO.01-07-00502-CR (2009) where the
defendant showed that in the

CASE#: 20110157273,  TDCJ # 01442303,  NAME: SALAZAR,ROLAND

3. THE ACCUSED REASONS AND/OR DEFENSES HAVE BEEN LOGICALLY AND
   SYSTEMATICALLY INVESTIGATED AS FOLLOWS:
   A. _2-11-11_, REVIEWED CASE
   B. _2-11-11_, INTERVIEWED ACCUSED _Orlando_
   C. NAME OF INTERPRETER USED: _N/A_ _____

_____

_____ _Non Friv_ _____

_2-14-11_ _Int. B Churchman 1/2_ _____

_2-11-11_ _CSO9 Redfearn #149356_ _____
_2-11-11_ _CSO9 Mendoza #157952?_ _____ } _ugas w.s_
_2-11-11_ _CSO9 F82 - discharged_ _____
_____ )

_2-14-11_ , CONCLUDE INVESTIGATION_____

4. ON _2-4-11_ , THE ACCUSED OFFENDER PRESENTED NON-FRIVOLOUS EVIDENCE,
   THE CHARGING OFFICER/STAFF WITNESS WAS PRESENTED WITH A SUMMARY OF
   THE ACCUSED STATEMENT, ADDITIONAL STATEMENT IS AS FOLLOWS:

_We pulled him out to search his cell._
_Finley went in to search Salazar got mad &_
_pulled away from me. That's when he spit on me._
_I had to place him_
_on the floor. I know him by sight_

5. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE CHARGES
   MADE AGAINST THE ACCUSED: _____

_I-210_ _____

_CSO9 Redfearn_ _____

_Alo stmt_ _____

6. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE
   ACCUSED REASONS, AND/OR DEFENSES: _____

_△ ng plea_ _____

_____

_____

_____

COUNSEL SUBSTITUTE PRINTED NAME: _Abernathy_ _____ TITLE: _CS-1_

COUNSEL SUBSTITUTE SIGNATURE: _Deb Abernathy_ _____ DATE: _2-14-11_
CS-10.11B                                              REVISED 08/2005

**Salazar 436**

<u>initial</u> testing of the D.N.A.. done in this case.. the appellant Salazar was "excluded" from having contributed to the Crime Scene. That the Baylor College of medicine originally tested in this case and Excluded Salazar from being a Suspect.

The appellant goes also to show that the defendant during trial "objected" to the <u>States</u> use of "contaminated D.N.A".. and that objection was "Suspained" without arguement.

Please review trail transcripts dated June 7th and June 8 of 2007.. Houstons 263rd.. Jim wallace Judge.

The appeals Court here can witness and verify that the appellant here is without an attorney on a case that was quickly passed on the defendant, over in less that a days.

To: **DISCIPLINARY HEARING OFFICER**        Date: 2/11/11

From: _Abernathy_ CS        Subject: **WITNESS STATEMENT**

TIME: 0959

CASE# 20110157273

OFFICER: _____        RANK: _____ SHIFT/CARD ASSGN: _____

INMATE/OFFENDER: Mendoza        TDCJ# 1579528 HOUSING ASSIGN: F 83

STATEMENT OF FACTS BY WITNESS:

I don't know Salazar

entend by CS 2/14/11

and the appellant was erroneously sent to prison for a crime he did not commit. The crime happened august 1990... but the appellant wasn't accused until 2005... He had a court appointed Attorney who proved to be in effective - not calling witnesses, not questioning the states witnesses thoroughly - or at all. The case was "Railroaded" and quickly ran through without the fairness due process of law dictates. The appellant has lost from the beginning stressed his innocent. The case had "contaminated d-n-a" as its evidence against the appellant and no other evidence. Even though the judge "sustained" the defendants "objection" to the use of "contaminated DNA" he still allowed



Exhibit

**To:** DISCIPLINARY HEARING OFFICER    **Date:** 2/11/11

**From:** Abunda    CS    **Subject:** WITNESS STATEMENT

**TIME:** 0958    **CASE#** 20110157273

**OFFICER:** —    **RANK:** —    **SHIFT/CARD ASSGN:** —

**INMATE/OFFENDER:** Reddearn    **TDCJ#** 149356    **HOUSING ASSIGN:** F81

**STATEMENT OF FACTS BY WITNESS:** Jim Redfch

When he went to shower he sat down to ~~off~~ because they were refusing him Rec. Churchman picked him & started punching him in the face. Officer Finly came up to help

*Officer Finlay also assaulted Salazar with his fist*

got him back in the cell but the man gave a pretty good resistance against them. He did spit in Churchman's face after the Use of Force. That's what they are using to justify what they did.

the State to convict the appellant who is actually innocent. Since 2005 the appellant has be speaking out to the courts in this case trying to prove his innocence. In the Houston Court of appeal (2009) NO.01-07-00807-CR WL 5166463 the defendant court appointed attorney discovered the Baylor College of medicines findings that "Excluded" Roland Salazar from having contributed to this crime. please the appellant is pleading this court of appeals to "revue" these records, in order that the appellant can recieve relief from this court imprisonment. The appellant here pleads this court for an attorney in which to satisfy the constitution and its amendments concerning a "fair trial" in court.

Filed July 16th 2015    Roland Salazar

CASE#: 20110157273,  TDCJ # 01442303,  NAME: SALAZAR,ROLAND
CURRENT UNIT: TO,  HOUSING: 12FB1  15  , CLASS: L3,  CUSTODY: 3A,  TYPE: H,
OFFENSE DATE:  020511, TIME: 06 : 43 AM, LOCATION:  TO UOT  12 BLDG OTHER    ,
CHARGING OFFICER: CHURCHMAN, B. COV        ,             SHIFT/CARD: 1/2,
OFFENSE CODES: A) 03 . 5,     B)   . ,    C)   . ,    D)   . ,
DESCRIPTORS:  A) SA SP     , B)        , C)       , D)           ,
PLEA:       A) _____ , B) _____ , C) _____ , D) _____ ,
CLERK RCVD: 020711,  SERVICE LAPSE DATE: 030711  ,      SERVICE DATE: 2-11-1(
CS ASSIGNED: _____,                                SERVICE TIME: 0946A

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

(A) ACCUSED IN ANY FORM OF                E. ACCUSED HAS REQUESTED COUNSEL
    SEGREGATION                              SUBSTITUTE
B. EA BELOW 5.0   IQ BELOW 73             F. ACCUSED HAS REQUESTED WITNESS WHO
C. LITERACY IS QUESTIONABLE                  CAN NOT ATTEND THE HEARING
D. ACCUSED HAS DIFFICULTY UNDER-          (G) COMPLEXITY OF CASE WARRANTS COUNSEL
   STANDING ENGLISH                          SUBSTITUTE

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION:   YES ✓ NO___
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY       ✓
                               RULES AND PROCEDURES:   YES___ NO___
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE
                        ALLEGED OFFENSES WERE VIOLATED:   YES ✓ NO___
   IF NO, EXPLAIN: _____

1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS:                  YES  NO
A. TO CALL AND QUESTION WITNESSES                                      ✓
B. TO PRESENT DOCUMENTARY EVIDENCE                                     ✓
C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE                             ✓
D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING            ✓
E. THE ACCUSED STATES HE/SHE UNDERSTANDS REPORT, CHARGES AND RIGHTS    ✓
F. THE ACCUSED STATES HE/SHE WISHES TO ATTEND HIS/HER HEARING          ✓

2. THE ACCUSED REASONS AND/OR DEFENSE: _____
     I was assaulted by Churchman.
     I never spit on him. He wrote that
     to cover the assault. I told him I wanted
     to go as I could go to Rec. I stopped to tell him
     he put me on the ground I hit me in the
     face. It was excessive use of force
A. REQUESTED WITNESSES: F 8 2
                        F 8 3
                        F 8 1

B. REQUESTED DOCUMENTARY EVIDENCE: ~~[crossed out]~~

CS-10.11A                                              REVISED 10/02

**Salazar 437**